UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA GORE, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CVIIL CASE** |
| v. | ) | **CASE NO. 7:15-CV-231-F** |
| | ) | |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby ADOPTS the recommendation of the Magistrate Judge. It is therefore ORDERED that Plaintiff's Motion for Judgment on the Pleadings [DE-19] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-22] is ALLOWED, and the final decision of the Commissioner is UPHELD. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on March 10, 2017, and Copies to:**

Monica Rathke Savidge (via CM/ECF Notice of Electronic Filing)

David M. Mansfield (via CM/ECF Notice of Electronic Filing)

DATE

March 10, 2017

JULIE RICHARDS JOHNSTON, CLERK

_____

(By) Susan K. Edwards, Deputy Clerk

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill, Acting Commissioner of Social Security, has been added as a party. Carolyn W. Colvin's term expired on January 20, 2017, and she has been terminated as a party.